UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

VICTOR PERRYMAN                                                                                    PETITIONER

VS.                                                                           CIVIL NO. 3:11cv154-DPJ-FKB

WARDEN JESSE JAMES STREETER                                                         RESPONDENT

ORDER

This cause is before the Court on the Report and Recommendation [28] of the United States Magistrate Judge denying habeas relief under 28 U.S.C. § 2254. Any objections to the Report and Recommendation were due by May 20, 2014. No objections were filed. Having fully reviewed the unopposed Report and Recommendation of the United States Magistrate Judge entered in this cause, the Court adopts the same as the opinion of this Court and finds that the action should be dismissed with prejudice.

A separate judgment will be entered in accordance with this Order as required by Federal Rule of Civil Procedure 58.

**SO ORDERED AND ADJUDGED** this the 28th day of May, 2014.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE