UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

VICTOR PERRYMAN                                                                           PETITIONER

VS.                                                                         CIVIL NO. 3:11cv154-DPJ-FKB

WARDEN JESSE JAMES STREETER                                                    RESPONDENT

CERTIFICATE OF APPEALABILITY

A final order adverse to the petitioner having been filed in the captioned habeas corpus case, in which the detention complained of arises out of process issued by a state court pursuant to 28 U.S.C. § 2254, the Court, considering the record in the case and the requirements of 28 U.S.C. § 2253, Rule 22(b) of the Federal Rules of Appellate Procedure, and Rule 11(a) of the Rules Governing Section 2254 Cases in the United States District Courts, hereby finds that:

A Certificate of Appealability should not issue. The applicant has failed to make a substantial showing of the denial of a constitutional right.

**SO ORDERED AND ADJUDGED** this the 28th day of May, 2014.

                                                   s/ *Daniel P. Jordan III*
                                                   UNITED STATES DISTRICT JUDGE